## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**MARION J JAMMES, JR,**

      **Plaintiff,**

**v.**                           **CASE NO. 1:05-cv-00052-MP-AK**

**ALACHUA COUNTY JAIL,**
**et al,**

      **Defendants.**

_____/

## O R D E R

This matter is before the Court on Plaintiff's Motion to Stay Proceedings as to Dr. Turner.  (Doc. 59).  Defendants have consented to the relief requested, which is that proceedings be stayed as to this Defendant until such time as his first name can be discovered.  The Court finds that the relief sought should be **GRANTED**, and Plaintiff is herein granted leave to serve this Defendant at a later time should he discover additional information about this Defendant.

      **DONE AND ORDERED** this _**11th**_ day of July, 2006

                        _**s/ A. KORNBLUM**_
                        **ALLAN KORNBLUM**
                        **UNITED STATES MAGISTRATE JUDGE**