IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MARION JAMMES,**

    Plaintiff,

vs.                               CASE NO. 1:05CV52-MP/AK

**ALACHUA COUNTY JAIL,**
et. al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

Presently before the Court in the above entitled action is Plaintiff's Notice of Filing Joint Stipulation of Dismissal Without Prejudice. (Doc. 95). All other defendants have been dismissed, (doc. 94), and the only remaining defendant, W. B. Turner, has never been served. Consequently, Plaintiff moves to dismiss this cause without prejudice.

**DONE AND ORDERED** this  *30*<sup>th</sup>  day of November, 2007.

                          *s/ A. KORNBLUM*
                          **ALLAN KORNLBUM**
                          **UNITED STATES MAGISTRATE JUDGE**